Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR L. GARCIA, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.: 2:17-cv-03123-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]**  ECF No. 14 |

Plaintiff Oscar L. Garcia ("Plaintiff"), by and through his counsel of record, and Defendant Equifax Information Services, LLC ("Equifax") have agreed and stipulated to the following:

1.  On December 28, 2017, Plaintiff filed a Complaint [ECF Dkt. 1].

2.  On December 29, 2017, Plaintiff file and Amended Complaint [ECF Dkt. 4].

[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS - 1

3. On February 28, 2018 Defendant filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 9].

4. Plaintiff's Response is due March 14, 2018.

5. Plaintiff and Equifax have agreed to extend Plaintiff's response seven days in order to allow the parties to work toward a stipulation to file a second amended complaint addressing Equifax's pending motion to dismiss. As a result, both Plaintiff and Equifax hereby request this Court to further extend the date for Plaintiff to respond to Equifax's Motion to Dismiss Complaint until **March 21, 2018**.

IT IS SO STIPULATED.
March 14, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Zachary A. McEntyre* |
|---|---|
| Matthew I. Knepper, Esq. | Zachary A. McEntyre, Esq. (Pro Hac Vice) |
| Nevada Bar No. 12796 | Misty L. Peterson, Esq. (Pro Hac Vice) |
| Miles N. Clark, Esq. | Kevin Jordan O'Brien, Esq. (Pro Hac Vice) |
| Nevada Bar No. 13848 | KING & SPALDING |
| KNEPPER & CLARK LLC | 1180 Peachtree Street NE |
| 10040 W. Cheyenne Ave., Suite 170-109 | Atlanta, GA 30309 |
| Las Vegas, NV 89129 | Email: mpeterson@kslaw.com |
| | Email: kobrien@kslaw.com |
| David H. Krieger, Esq. | Email: ZMcEntyre@KSLAW.com |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | Bradley T. Austin, Esq. |
| 8985 S. Eastern Avenue, Suite 350 | Nevada Bar No. 13064 |
| Henderson, Nevada 89123 | SNELL & WILMER LLP |
| | 3883 Howard Hughes Pkwy., Ste. 1100 |
| *Attorneys for Plaintiff* | Las Vegas, NV 89169 |
| | Email: baustin@swlaw.com |
| | |
| | *Attorneys for Defendant* |
| | *Equifax Information Services, LLC* |

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer Dorsey
March 15, 2018