Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR L. GARCIA, et al<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-03123-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND AND EQUIFAX TO REPLY TO MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiffs Oscar L. Garcia; Donald S. Sutton, and Clarence Williams, ("Plaintiffs"), and Defendant Equifax Information Services, LLC ("Equifax") by and through their counsel of record have agreed and stipulated to the following:

1. On December 8, 2017, Plaintiffs filed a Complaint [ECF Dkt. 1].

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND AND EQUIFAX TO REPLY TO MOTION TO DISMISS [FIRST REQUEST] - 1

2. On December 29, 2017, Plaintiffs filed an Amended Complaint [ECF Dkt. 4].

3. On February 28, 2018 Equifax filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 9].

4. On March 27, 2018, Plaintiffs filed a Second Amended Complaint [Dkt. 18]

5. On April 11, 2018, Equifax filed a Motion to Dismiss Second Amended Complaint [Dkt. 20].

6. On April 12, 2019, Plaintiffs filed a Third Amended Complaint [Dkt. 27].

7. On April 26, 2019, Equifax filed a Motion to Dismiss Third Amended Complaint [Dkt. 28]

8. Plaintiff's Response is due May 10, 2019.

9. Plaintiff and Equifax have agreed to extend Plaintiffs' response ten days, and Equifax's reply, in order for the parties to have adequate time to prepare their briefs. As a result, both Plaintiffs and Equifax hereby request this Court to further extend the date for Plaintiffs to respond to Equifax's Motion to Dismiss Third Amended Complaint until **May 20, 2019**, and to further extend the date for Equifax to reply in support of its Motion to Dismiss until **June 10, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2019.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND AND EQUIFAX TO REPLY TO MOTION TO DISMISS [FIRST REQUEST] - 2

IT IS SO STIPULATED.
Dated May 6, 2019.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Bradley T. Austin* |
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 13064 |
| Miles N. Clark, Esq. | 3883 Howard Hughes Parkway, Suite 500 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: baustin@clarkhill.com |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | **KING & SPALDING** |
| Email: miles.clark@knepperclark.com | Zachary A McEntyre, Esq. (*Pro Hac Vice*) |
| | Misty L. Peterson, Esq. (*Pro Hac Vice*) |
| **HAINES & KRIEGER LLC** | Kevin Jordan O'Brien, Esq. (*Pro Hac Vice*) |
| David H. Krieger, Esq. | 1180 Peachtree Street NE |
| Nevada Bar No. 9086 | Atlanta, GA 30309 |
| 8985 S. Eastern Avenue, Suite 350 | Email: mpeterson@kslaw.com |
| Henderson, NV 89123 | Email: zmcentyre@kslaw.com |
| Email: dkrieger@hainesandkrieger.com | Email: kobrien@kslaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>*Equifax Information Services LLC* |

*Garcia v. Equifax Information Services, LLC*
2:17-cv-03123-JAD-VCF

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND**
**AND EQUIFAX TO REPLY TO**
**EQUIFAX'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____