Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR L. GARCIA; DONALD S. SUTTON; and CLARENCE WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-03123-JAD-VCF <br><br> **STIPULATION AND ORDER TO STAY CASE** <br><br> **[FIRST REQUEST]** <br><br> Complaint filed: December 28, 2017 |

Plaintiffs Oscar L. Garcia, Donald S. Sutton, and Clarence Williams ("Plaintiffs"), by and through their counsel of record, and Defendant Equifax Information Services, LLC ("Equifax") have agreed and stipulated to the following:

On April 18, 2019, the plaintiffs in *Robert Sustrik, et al v. Equifax Information Services*, Case No. 2:16-cv-02866-RFB-NJK (D. Nev.), appealed the trial court's grant of summary

judgment in favor of Equifax on a substantially similar class action as here. That appeal is Case No. 19-15791, pending currently in the United States Court of Appeals for the Ninth Circuit. Briefing in *Sustrik* will close on April 20, 2020.

The legal issue in *Sustrik*—whether a CRA can be liable based on a purported failure to provide notice of reinvestigation results absent proof that the information in dispute was actually inaccurate—overlaps with the class allegations that the Court struck in this case. Accordingly, the Parties have stipulated to stay proceedings in this case pending a decision on the merits in *Sustrik*.

/ / /

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated March 27, 2020

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Bradley T. Austin* |
| Matthew I. Knepper, Esq., SBN 12796 | Bradley T. Austin, Esq. |
| Miles N. Clark, Esq., SBN 13848 | Nevada Bar No. 13064 |
| 5510 So. Fort Apache Road, Suite 30 | 3883 Howard Hughes Parkway, Suite 500 |
| Las Vegas, NV 89148 | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Email: baustin@clarkhill.com |
| Email: miles.clark@knepperclark.com | |
| | **KING & SPALDING** |
| **KRIEGER LAW GROUP LLC** | Zachary A McEntyre, Esq. (*Pro Hac Vice*) |
| David H. Krieger, Esq., SBN 9086 | Misty L. Peterson, Esq. (*Pro Hac Vice*) |
| 2850 W Horizon Ridge Parkway, Suite 200 | Kevin Jordan O'Brien, Esq. (*Pro Hac Vice*) |
| Henderson, NV 89052 | 1180 Peachtree Street NE |
| Email: dkrieger@kriegerlawgroup.com | Atlanta, GA 30309 |
| | Email: mpeterson@kslaw.com |
| *Counsel for Plaintiff* | Email: zmcentyre@kslaw.com |
| | Email: kobrien@kslaw.com |
| | *Counsel for Defendant* |
| | *Equifax Information Services LLC* |

## ORDER GRANTING STIPULATION TO STAY CASE

IT IS SO ORDERED. This case is stayed for all purposes pending the Ninth Circuit's disposition of *Sustrik*. The parties have ten days after the mandate is issued in *Sustrik* to move to lift this stay.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 27, 2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430