Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR L. GARCIA; DONALD S. SUTTON; and CLARENCE WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Civil Action No.: 2:17-cv-03123-JAD-VCF<br><br>PLAINTIFFS' MOTION TO LIFT STAY |

///

Pursuant to this Court's Order (ECF No. 41), Plaintiffs Oscar L. Garcia, Donald S. Sutton, and Clarence Williams ("Plaintiffs") hereby move this Court to lift stay and adjudicate Equifax's Information Services, LLC's Motion to Dismiss on the merits.

Respectfully submitted this 2nd day of November, 2020

KNEPPER & CLARK LLC

*/s/ Matthew Knepper*
Matthew I. Knepper, Esq., SBN 12796
Miles N. Clark, Esq., SBN 13848
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

KRIEGER LAW GROUP LLC
David H. Krieger, Esq., SBN 9086
2850 W Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Email: dkrieger@kriegerlawgroup.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2020, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO LIFT STAY** was served via the U.S. District Court's electronic filing system to the following:

Bradley T. Austin, Esq.
SNELL & WILMER LLP
3883 Howard Hughe-s Pkwy., Ste. 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com

Bryan Zubay, Esq.
KING & SPALDING LLP
1100 Louisiana, Ste. 4000
Houston, TX 77002
Email: bzubay@kslaw.com

Misty L. Peterson, Esq.
Zachary A. McEntyre, Esq.
KING & SPALDING
1180 Peachtree Street NE
Atlanta, GA 30309
Email: mpeterson@kslaw.com
Email: zmcentyre@kslaw.com

Attorneys for Defendant
Equifax Information Services, LLC

/s/ Lucille Chiusano
Knepper & Clark LLC