Bradley T. Austin (Nev. Bar No. 13064)
**SNELL & WILMER, LLP**
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Zachary A. McEntyre (*pro hac vice*)
Misty L. Peterson (*pro hac vice*)
Kevin J. O'Brien  (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5100
Email: zmcentyre@kslaw.com
          mpeterson@kslaw.com
          kobrien@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **OSCAR L. GARCIA et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC**,<br><br>Defendant. | Case No. 2:17-cv-3123-JAD-VCF<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RESPONSE TO PLAINTIFFS' MOTION TO LIFT STAY** |

On November 2, 2020, Plaintiffs filed their Motion to Lift Stay, in accordance with this Court's Order dated March 27, 2020 ("Motion") (ECF No. 42). In their Motion, Plaintiffs move the Court to "lift stay and adjudicate Equifax Information Services LLC's Motion to Dismiss on the merits." *Id.*

Defendant Equifax Information Services LLC ("Equifax") notes for the Court's clarification that Equifax's Motion for Partial Dismissal of Plaintiffs' Third Amended Complaint and to Strike Class Allegations (ECF No. 28) has already been adjudicated on the merits. *See*

Order Granting in Part Motion to Dismiss and to Strike dated March 23, 2020 (ECF No. 28), holding that

    • Williams's claims are dismissed with prejudice and without leave to amend;

    • Sutton's claims are dismissed with prejudice and without leave to amend, EXCEPT for his claims predicated on the information reported for his CCCU-mortgage account identified as the "First Account No. 5497";

    • Garcia may proceed on all of his claims; and

    • Plaintiffs' class allegations are deemed struck.

*Id.* Equifax does not oppose the lifting of the stay in this matter with respect to Sutton's claims "predicated on the information reported for his CCCU-mortgage account identified as the "First Account No. 5497," and Garcia's individual claims.

    Respectfully submitted this 6th day of November, 2020.

/s/ Zachary A. McEntyre
Bradley T. Austin (Nev. Bar No. 13064)
**SNELL & WILMER, LLP**
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

Zachary A. McEntyre (*pro hac vice*)
Misty L. Peterson (*pro hac vice*)
Kevin J. O'Brien (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5100
Email: zmcentyre@kslaw.com
       mpeterson@kslaw.com
       kobrien@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2020, I filed the foregoing with the Court via the CM/ECF system, which will serve a true and correct copy on all counsel of record in this matter.

/s/ *Zachary A. McEntyre*
Zachary A. McEntyre